[No. 40907-7-I.    Division One.    February 1, 1999.]

JACK WOZOW, *Appellant*, v. JEFFREY B. PYATT, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-29694-5, George A. Finkle, J., entered May 30, 1997. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Grosse, JJ.

[No. 40937-9-I.    Division One.    February 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK EDWARD ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04193-5, Donald D. Haley, J., entered July 7, 1997. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Webster, JJ.

[No. 41116-1-I.    Division One.    February 1, 1999.]

RONALD BUCHANAN, ET AL., *Respondents*, v. MATTHEW S. ROBERTSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for San Juan County, No. 95-2-05034-5, Alan R. Hancock, J., entered May 29 and July 14, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Appelwick, J.

[No. 41400-3-I.    Division One.    February 1, 1999.]

GUY FREDRICK PETTY, *Appellant*, v. MILTON J. REEVE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-23908-2, Glenna Hall, J., entered September 22, 1997. *Reversed* by unpublished per curiam opinion.